IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| JOHN STANCU, | § | |
|---|---|---|
| Plaintiff, | § § § | |
| V. | § § | No. 3:18-cv-1737-E-BN |
| HYATT CORPORATION/HYATT REGENCY DALLAS, ET AL., | § § § § | (<u>Consolidated with</u>: No. 3:18-cv-3383-E-BN; No. 3:19-cv-1971-E) |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore GRANTS Defendant Gallagher Bassett Services, Inc.'s motion to dismiss [Dkt. No. 15] and DENIES and TERMINATES Plaintiff's Motion to Deny Defendant's Motion to Dismiss [Dkt. No. 16].

The Court further ORDERS Plaintiff John Stancu to file, no later than 14 days after the date this order is entered, an amended complaint containing sufficient factual information to allege a plausible claim under any theory applicable to the employment-related claims that he asserts across these three actions.

SO ORDERED this 20th day of February, 2020.

ADA BROWN
UNITED STATES DISTRICT JUDGE