IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN STANCU, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:18-cv-1737-E-BN |
| | § | |
| HYATT CORPORATION/HYATT | § | (Consolidated with: |
| REGENCY DALLAS, | § | No. 3:18-cv-3383-E-BN; |
| | § | No. 3:19-cv-1971-E) |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore DENIES Defendant Hyatt Corporation's motion to dismiss this consolidated action under 28 U.S.C. § 1915(e)(2) that alternatively requests that the Court further consolidate these consolidated cases with an action that Plaintiff John Stancu filed in 2020 [Dkt. No. 38] without prejudice to the parties' meeting and conferring and filing a joint proposal in support of consolidation that would result in the administrative closure of these cases in favor of litigating all claims Stancu now asserts against in Hyatt in the last-filed matter, referring the requirement that the parties meet and confer and file a joint proposal to the United

1

States Magistrate Judge.

SO ORDERED this 17th day of May, 2021.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE